

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |
|---|---|
| § | No. 08-22-00123-CR |
| § | Appeal from the |
| § | 142nd Judicial District Court |
| § | of Midland County, Texas |
| § | (TC# CR-57,536) |

EX PARTE: REGINAL C. GILBERT

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed as moot. We therefore dismiss the appeal as moot. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF AUGUST, 2022.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.